**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**

**v.**

**ERICK RENARD TYRONE**

\*    **IN THE**

\*    **COURT OF APPEALS**

\*    **OF MARYLAND**

\*    **Misc. Docket AG No. 36 September Term, 2020**

\*

\*    **(No. CAE20-17891, Circuit Court for Prince George's County)**

### ORDER

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Erick Renard Tyrone, to indefinitely suspend the Respondent from the practice of law with a right to petition for reinstatement in six months for violations of Rules 19-301.1, 19-301.15(a) and (b), and 19-308.4(a) and (d) of the Maryland Attorneys' Rules of Professional Conduct and Maryland Rules 19-407, 19-408, and 19-410, it is this 7th day of September, 2021

**ORDERED,** by the Court of Appeals of Maryland, that effective October 7, 2021, the Respondent, Erick Renard Tyrone, be, indefinitely suspended from the practice of law with a right to petition for reinstatement after six months; and it is further

**ORDERED**, that, on October 7, 2021, the Clerk of this Court shall strike the name of Erick Renard Tyrone from the register of attorneys in this Court, and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk